JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**  **U.S. District Court - District of Massachusetts**

**Place of Offense:**    **Category No.** II    **Investigating Agency** HSI

**City** Taunton    **Related Case Information:**

**County** Bristol

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number
Search Warrant Case Number   21-2265, 21-2503, -2531-MBB
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Cody Mercure    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Taunton, MA

Birth date (Yr only): 1997   SSN (last4#): 7783   Sex: M   Race: White   Nationality: _____

Defense Counsel if known: Unknown    Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA: Elianna J. Nuzum    Bar Number if applicable: 663354

Interpreter: ☐ Yes ☑ No    List language and/or dialect: _____

Victims: ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

Matter to be SEALED: ☐ Yes ☑ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____
☑ Already in State Custody at Bristol County    ☐ Serving Sentence    ☑ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 9/15/2021    Signature of AUSA: *Elianna J Nuzum*

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant** _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. 2251(a) and (e) | Sexual Exploitation of Children | 1 |
| Set 2 | 18 U.S.C. 2252A(a)(2)(A) | Distribution of Child Pornography | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

Case 1:21-cr-10274-LTS   Document 1-1   Filed 09/15/21   Page 2 of 2
JS 45  (5/97)   (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013