# RESUME

# RESUME

*Cody's Rec'vd 5/22/22*

**Cody Mercure**

79 Chestnut Street · Rehoboth, MA 02769 · (508) 837-3251 · CodyMercure@ymail.com

**Objective:** To secure an entry-level position that will provide a stable development of my skills and experience towards future opportunities within the company.

**Skills:**

- CNC Lathe Machine
- Caliper, Micrometer and Scale Experience
- Shop Power Tool Experience
- Superior Verbal Communication
- Teamwork/Team Management
- Time/Organizational Management
- Ability to Followed Detailed Instructions
- Situational Awareness
- Microsoft Office Proficient
- Machine Troubleshooting
- Motivated Learner

**Employment History**

**Lobster Fisherman's Co-Op,** Boston, Massachusetts
*8-2019–1-2021 Sternman*
· Measured and evaluated product conditions against standard regulations · Coordinated team members during critical and stressful situations · Developed communication skills and teamwork to improve performance · Performed physically demanding tasks on a regular basis

**The Brickle Group, Woonsocket,** Rhode Island 2-2018-6-2019
*Machine Specialist*
· Assist in the setup, operation, maintenance, and repair of machinery · Operate tools in order to aid in the manufacturing

process · Perform periodic checks on equipment and proactively solve problems as detected · Observe and follow company safety rules and regulations · Participate in kaizen/lean improvement events and initiatives

**McDonalds, East Providence**, Rhode Island
*Crew Member 2017-2018*
· Audit and set up work space/Close down site and check equipment status · Follow standard operating procedures to complete customer orders · Maintain 5S standards in the work area · Communicate with customers and team members to achieve desired goals

**RGIS, Providence**, Rhode Island
*2017-2017 Auditor*
· Setup/closed-up routine inventories. · Maintained an average hourly speed, and precision. · Completed inventory for multiple stores and companies within New England

**Lobster Fisherman's Co-Op,** Boston, Massachusetts
*2017–2017 Sternman*
· Measured and evaluated product conditions against standard regulations · Coordinated team members during critical and stressful situations · Developed communication skills and teamwork to improve performance · Performed physically demanding tasks on a regular basis

**Saint Anne's Church,** Woonsocket, RI
*Volunteer*
· Received customer orders during fundraising events · Managed sales and cash flow · Stocked inventory prior to and after events

**Education:**

Dighton Rehoboth High School Dighton, Massachusetts
Graduation Diploma Received 2016