PHOTOS







